BEFORE THE FIRST DIVISION, AUGUST 8, 1944

**No. 49661.**—Protests 109063–K, etc., of Geilich Leather Co. (New York).

Opinion by WALKER, J. In accordance with stipulation of counsel that the hides in question are the same in all material respects as those the subject of *Rice* v.

*United States* (11 Cust. Ct. 118, C. D. 807), certain of the hides in question were held dutiable as claimed.